■ HERBERT J. SIMS & CO., INC. v. ZARA CONTRACTING CO., INC.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ (A) In the Matter of MOTT HAVEN HOUSES. CITY OF NEW YORK, Appellant-Respondent; EVA G. REISNER, Respondent-Appellant. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ. (B) HEADLEY-REED COMPANY, INC. v. BOLLING COMPANY, INC. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ. (C) BORIS GARFINKEL v. LIZA P. GARFINKEL. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.— [In each action] Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

■ KITTY SUDEROV et al., v. ÆTNA INSURANCE COMPANY.— Motion for reargument denied but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ (A) WINTHROP TILLEY, as Administrator of the Estate of PETER M. TILLEY, Deceased, v. SILVER BAY ASSOCIATION FOR CHRISTIAN CONFERENCES AND TRAINING et al. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ. (B) CHATHAM SECURITY CORPORATION v. J. R. WILLISTON & BEANE. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.— [In each action] Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs.

■ JAMES J. FLOOD et al. v. STEPHEN P. KENNEDY, as Police Commissioner of the City of New York.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur -- Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ (A) ROMAN MARTINEZ, an Infant, by ORLANDO MARTINEZ, His Guardian ad Litem, et al. v. GUSTAVOS VIVAS et al. (B) FIRST NATIONAL BANK OF SOMERSET COUNTY v. ARTHUR I. MARGULIES, Doing business as HOBBS COMPANY. — [In each action] Application denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK BRIGANTI. (B) THE PEOPLE OF THE STATE OF NEW YORK v. ALEXANDER KEITT.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ In the Matter of LESLIE HOROWITZ, by EDNA HOROWITZ, His Guardian ad Litem v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York.— Motion to dispense with printing denied, without prejudice, however, to renewal thereof upon papers setting forth the financial circumstances of the guardian ad litem. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of VARIOUS TENANTS OF 436 WEST 35TH STREET, v. ROBERT E. HERMAN, as State Rent Administrator.— Motion to dismiss appeal granted, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ HELEN ROSE v. SAM M. ROSE.— Motion for a stay denied. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.

■ JULIANA OPPERMAN v. MANHATTAN STATE HOSPITAL.— Motion to dispense with printing denied, with leave to renew upon proper papers. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.